Susan G. Steinman, Esq., OSB #106918
Email: steinman.lawoffice@gmail.com
Law Office of Susan G. Steinman
9145 Wallace Road NW
Salem, OR 97304-9768
Telephone: (503) 512-9141
Facsimile: (877) 348-7390

Attorney for Plaintiff Anthony Bartuchie

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANTHONY BARTUCHIE,<br><br>Plaintiff,<br><br>vs.<br><br>SEVENTH AVENUE, INC.,<br><br>Defendant. | Case No.: 3:17-cv-01943-SB<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to FRCP 41(a)(1)(A)(i), plaintiff, through his attorneys, hereby gives notice of

dismissal of this action with prejudice and without costs or attorney fees to any party.

Dated: March 2, 2018

Respectfully Submitted,

s/  Susan G. Steinman
Susan G. Steinman, Esq., OSB #106918
Email: steinman.lawoffice@gmail.com
Law Office of Susan G. Steinman
9145 Wallace Road NW
Salem, OR 97304-9768
Telephone: (503) 512-9141
Facsimile: (877) 348-7390
Attorney for Plaintiff Anthony Bartuchie